# MOVANT'S EXHIBIT NO. 2

## Parcel ID: 085A0-00-00-03100

Parcel Assessment Data (CAMA) Last Updated On: 02/20/2016
Other Parcel Data Last Updated On: 02/21/2016
GIS/Mapping Data Last Updated On: 02/21/2016

### Summary Information

#### Parcel Information

| | |
|---|---|
| Total Acres | 2.37 |
| Primary Prop. Address | 2000 MILLER SCHOOL RD |
| Other Address | N/A |
| Property Card(s) | 1 |
| Lot | N/A |
| Property Name | STEPPING STONE MANOR |
| Subdivision | N/A |
| Notes | BATESVL / /WB 59/504 /STEPPING STONE MANOR / |

#### Owner Information

| | |
|---|---|
| Owner | UNDERHILL, MICHAEL J OR MARYLAURE |
| Address | P O BOX 120<br>BATESVILLE VA, 22924 |
| Owner as of Jan 1st | UNDERHILL, MICHAEL J OR MARYLAURE |

#### Most Recent Assessment Information

| | |
|---|---|
| Year | 2016 |
| Assessment Date | 01/01/2016 |
| Assessment Reason | Reassessment |
| Land Value | $104,400 |
| Land Use Value | $0 |
| Improvements Value | $387,000 |
| Total Value | $491,400 |

#### Most Recent Sales History

| | |
|---|---|
| Previous Owner | N/A |
| Owner | N/A |
| Sale Date | 09/18/1989 |
| Sale Price | $60,000 |
| Deed Book/Page | 1067/643 |

#### Other Tax Information as of Jan 1st

| | |
|---|---|
| State Code | Single Fam Res up to 5 acres |
| Tax Type | Reg. Taxable |
| Parcel Level Use Code | Single Family |
| Appraiser | JGS |