# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

Jamie Underhill                                         Case No. 16-60252-RBC

    Debtor.                                          Chapter 13


FINANCE OF AMERICA REVERSE LLC,

    Plaintiff,

v.

Jamie Underhill
and
Herbert L. Beskin, Trustee,

    Defendants.

## CONTINUANCE ORDER

This cause came to be heard upon Plaintiff's Motion for Relief from Stay to proceed against the following described collateral securing its loan to Debtor: 2000 Miller School Road, Batesville, Virginia 22903.

**UPON CONSIDERATION WHEREOF**, it appearing that just cause exists, it is

**ADJUDGED and ORDERED** that the Motion be continued to be heard on **June 9, 2016 at 9:30 AM in the United States Bankruptcy Court, Charlottesville, Room 200, US Courthouse,**

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
sara_john@eppspc.com
Counsel for Plaintiff

**255 W. Main Street, Charlottesville, VA 22902**, and it is further

**ADJUDGED and ORDERED** that the automatic stay should continue in full force and effect pending the outcome of the continued hearing.

**ENTER: April 20, 2016**

_____
Judge

I ask for this:

 /s/ Sara A. John
Sara A. John, VSB #48425
M. Richard Epps, P.C.
Counsel for Plaintiff


Seen and agreed:

 /s/ Douglas E. Little, by Sara A. John, with express authority
Douglas E. Little
Counsel for Debtor


In accordance with Local Rule 9072-1 the following is a list of all parties who are to receive notice of the entry of the foregoing Order: Sara A. John, M. Richard Epps, P.C., 605 Lynnhaven Parkway, Virginia Beach, VA 23452; Douglas E. Little, Counsel for Debtor, P.O. Box 254, Charlottesville, VA 22901; Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, VA 22902; and Jamie Underhill, 1028 Cheshire Court, Charlottesville, VA 22901.


Certificate of Endorsement

The undersigned does certify that all necessary parties have endorsed the foregoing Order.


 /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.