# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

| | |
|---|---|
| Jamie Underhill | Case No. 16-60252-RBC |
| Debtor. | Chapter 13 |

FINANCE OF AMERICA REVERSE LLC,

    Plaintiff,

v.

Jamie Underhill
and
Herbert L. Beskin, Trustee,

    Defendants.

## CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1

    The undersigned counsel hereby certifies to the Court that a true copy of the Order entered in the above-styled matter on April 20, 2016 was mailed to or electronically served on all parties in interest on April 21, 2016.

Dated: April 21, 2016        /s/ Sara A. John
                                      Sara A. John
                                      M. Richard Epps, P.C.
                                      605 Lynnhaven Parkway
                                      Virginia Beach, Virginia 23452
                                      Counsel for Plaintiff

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
sara_john@eppspc.com
Counsel for FINANCE OF AMERICA REVERSE LLC