# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

Jamie Underhill                                                    Case No. 16-60252-RBC

    Debtor.                                                         Chapter 13

FINANCE OF AMERICA REVERSE LLC,

    Plaintiff,

v.

Jamie Underhill
and
Herbert L. Beskin, Trustee,

    Defendants.

### ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY

This cause came upon the Motion for Relief from Stay filed on February 26, 2016 by FINANCE OF AMERICA REVERSE LLC.

**UPON CONSIDERATION WHEREOF**, it appearing that FINANCE OF AMERICA REVERSE LLC does not want to proceed with the Motion at this time, and for other good cause shown, it is

**ADJUDGED and ORDERED** that the Motion for Relief from Stay filed by FINANCE OF

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600
sara_john@eppspc.com
Counsel for «Investor_Name»

AMERICA REVERSE LLC be, and hereby is, withdrawn.

**ENTER: August 10, 2016**

/s/ Rebecca B Connelly
Judge

I ask for this:

  /s/ Sara A. John        p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
Counsel for FINANCE OF AMERICA REVERSE LLC


Seen and agreed:


 /s/ Douglas E. Little, by Sara A. John, with express authority
Douglas E. Little
Counsel for Debtor


Seen:


 /s/ Herbert L. Beskin, by Sara A. John, with express authority
Herbert L. Beskin
Chapter 13 Trustee




The following is a list of all parties who are to receive notice of the entry of the foregoing Order: Sara A. John, M. Richard Epps, P.C., 605 Lynnhaven Parkway, Virginia Beach, VA 23452; Douglas E. Little, Counsel for Debtor, P.O. Box 254, Charlottesville, VA 22901; Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, VA 22902; and Jamie Underhill, 1028 Cheshire Court, Charlottesville, VA 22901.

<u>Certificate of Endorsement</u>

The undersigned does certify that all necessary parties have endorsed the foregoing Order.

<u>/s/ Sara A. John</u>
Sara A. John
M. Richard Epps, P.C.