ohap

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| **In re: Jamie Underhill** | **CASE NO. 16–60252** |
|---|---|
| **Debtor(s)** | **CHAPTER 13** |

**ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING**

The debtor, having filed a modified/amended plan herein, it is

**ORDERED**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than seven (7) days before the date noted below for the confirmation hearing or twenty−eight (28) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on **9/15/16** at **09:30 AM**, at **Charlottesville, Room 200, US Courthouse, 255 W. Main St., Charlottesville, VA 22902**.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee and any and all interested parties within seven (7) days of the date of this order and certify to the Clerk of this Court and the trustee the manner in which service has been made.

**Entered:** 8/11/16

_____
REBECCA B. CONNELLY, JUDGE

Clerk, U. S. Bankruptcy Court
1101 Court St.
Room 166
Lynchburg, VA 24504

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing Order and Notice was mailed to all creditors, equity security holders, and other interested parties and the United States Trustee on the _____day of _____, _____.

_____
Counsel for the Debtor