**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Jamie Underhill** | **CASE NO. 16–60252** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 8/11/17

*Rebecca B Connelly*
REBECCA B. CONNELLY, JUDGE

van02.jsp

```
                        United States Bankruptcy Court
                         Western District of Virginia

In re:                                                         Case No. 16-60252-rbc
Jamie Underhill                                                Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0423-6         User: roseg            Page 1 of 1          Date Rcvd: Aug 11, 2017
                             Form ID: van02         Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db            +Jamie Underhill,    1028 Cheshire Ct.,    Charlottesville, VA 22901-3758
cr            +Finance of America Reverse LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,
                Suite 100,   Boca Raton, FL  33487,    UNITED STATES 33487-2853
4233024        ACT,   PO Box 11750,    Bakersfield, CA  93389-1750
4237758       +Finance of America Reverse LLC,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                Boca Raton, FL 33487-2853
4447831       +Finance of America Reverse LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
4233026        RMS,    200 Regncy Ex Pk Dr Ste 150,    Charlotte, NC  28217-4063
4233027        RMS,    5010 Linbar Dr Ste 100,    Nashville, TN  37211-5064
4233028        RMS,    14405 Walters Rd Ste 200,    Houston, TX  77014-1345
4287118       +Reverse Mortgage Solutions, Inc.,    14405 Walters Rd., Suite 200,    Houston, TX 77014-1345
4233029        Sameul I. White, PC,     ATTN: Douglas S. Rubin, Esq.,    1804 Staples Mill Rd Ste 200,
                Richmond, VA  23230-3530
4310060        US Department of Education,    PO Box 16448,   St Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4233025        EDI: BANKAMER.COM Aug 11 2017 21:28:00     Bank of America,   PO Box 15019,
                Wilmington, DE  19886-5019
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             FINANCE OF AMERICA REVERSE LLC
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
          Douglas E. Little   on behalf of Debtor Jamie  Underhill delittleesq@aol.com
          Herbert L Beskin(82)    hbeskin@cvillech13.net, bssch13@cvillech13.net
          Sara A. John   on behalf of Creditor    FINANCE OF AMERICA REVERSE LLC sara_john@eppspc.com,
           shirley_paynter@eppspc.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 4
```